```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

VINCENT POOLE,

                              Plaintiff,

                                              No.07-CV-44
          vs.                                 (FJS)(DRH)

LUCIEN LeCLAIRE, JR., Acting
Commissioner NY DOCS; JAMES PLESCIA,
Superintendent; and NEIL TRACTMAN,
Dr., Washington Correctional Facility,


                              Defendants.
_____

APPEARANCES:                         OF COUNSEL:

VINCENT POOLE
Plaintiff, pro se
03-A-5884
Washington Correctional Facility
Post Office Box 180
72 Lock 11 Lane
Comstock, New York   12821

HON. ANDREW M. CUOMO                 JAMES J. SEAMAN, ESQ.
Attorney General of the              Asst. Attorney General
 State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York   12224
```

**FREDERICK J. SCULLIN, JR., S.J.**

### DECISION & ORDER

Presently before the Court is Magistrate Judge David R. Homer's February 19, 2008 Report-Recommendation in which he recommends that defendants' motion to dismiss be granted as to all claims and all defendants. Magistrate Judge Homer's Report-

Recommendation was mailed to plaintiff's last known address, but was returned to the Clerk's Office marked, "Released."  Under Local Rule 41.2(b), failure to notify the Court of a change of address as required by Local Rule 10.1(b) may result in dismissal of the action.  Therefore, in light of Plaintiff's failure to notify the Court of his change of address, the Court hereby

**ORDERS** that the Report-Recommendation filed by Magistrate Judge David R. Homer on February 19, 2008 is **ACCEPTED** in its entirety for the reasons stated therein, and the Court further

**ORDERS** that defendants' motion to dismiss is **GRANTED** as to all claims and all defendants, and the court further

**ORDERS** that the Clerk of the Court is to enter judgment in favor of defendants and close this case.

**IT IS SO ORDERED.**

Dated: February 28, 2008
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge